Adc
1/25/13

2012R484
ETS

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JAN 29  P 4: 03

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )) | Criminal No.   ELH-13-CR-039 |
| | )) | |
| v. | ) | Counts 1; 5-12: 31 U.S.C. § 5324(a)(3) |
| | ) | (structuring currency deposits) |
| AMEFIKA GRAY and | ) | |
| | ) | Counts 2-4: 31 U.S.C. § 5324(a)(1) |
| NETWORK AUTO GROUP, INC. | ) | (attempting to cause a financial institution to |
| | ) | fail to file currency transaction reports) |
| Defendants | ) | |
| | ) | Forfeiture: 31 U.S.C. § 5317(c) |

INDICTMENT

COUNT ONE

(Structuring Currency Deposits)

THE GRAND JURY FOR THE DISTRICT OF MARYLAND CHARGES THAT:

At the times pertinent to this Indictment --

1. AMEFIKA GRAY is the sole owner of NETWORK AUTO GROUP, INC.which operates an

auto dealership at 2631 Gwynns Falls Parkway, Baltimore, Maryland 21216.

2. NETWORK AUTO GROUP, INC.  and AMEFIKA GRAY maintained a bank account

(Account No. ********3801) titled "Network Auto Group, Inc.  dba Amefika Gray" at Bank of America.

3. AMEFIKA GRAY maintained a bank account (Account No. *****7645) at M&T Bank.

4. Title 31, United States Code, Section 5313, and 31 C.F.R. §§ 103.22(b)(1) and 103.27(a)

(recodified as 31 C.F.R. §§ 1010.311 and 1010.306(a) as of March 1, 2011) required that a financial

institution that engages in a currency transaction involving more than $10,000 in U.S. Currency must file a report of the transaction with the Internal Revenue Service.

5. 31 C.F.R. § 103.22(c)(2) (recodified as 31 C.F.R. § 1010.313(b)) provided that multiple transactions at the same financial institution on the same day must be treated as a single transaction. Deposits made on a weekend or holiday are treated as if received on the next business day.

6. 31 U.S.C. § 5324(a)(3) and 31 C.F.R. § 1010.314(c) made it an offense to structure or assist in structuring, or attempt to structure or assist in structuring, any transaction with one or more domestic financial institutions.

7. 31 U.S.C. § 5324(a)(1) and 31 C.F.R. § 1010.314(a) made it an offense to cause or attempt to cause a domestic financial institution to fail to file a report required under 31 U.S.C. § 5313.

8. 31 C.F.R. § 103.11(gg) (recodified as 31 C.F.R. § 1010.100(xx)) defined "structuring" to include conducting one or more transactions in currency, in any amount, at one or more financial institutions, on one or more days, in any manner, for the purpose of evading the reporting requirements under § 103.22 (§ 1010.311). The regulation applied to a person "acting alone, or in conjunction with or on behalf of other persons," and defined "in any manner" to include the breaking down of a single sum of currency exceeding $10,000 into smaller sums, as well as conducting a series of currency transactions, including transactions "at or below $10,000." Finally, the regulation provided that "The transaction or transactions need not exceed the $10,000 reporting threshold at any single financial institution on any single day in order to constitute structuring."

9. On the dates set forth in Schedule A, which is incorporated herein, AMEFIKA GRAY deposited, or caused a third party to deposit, U.S. currency into Account No. ********3801 at Bank of America and Account No. *****7645 at M&T Bank in the amounts set forth in the Schedule.

## The Charge

10.  Beginning at least as early as January 15, 2010 and continuing at least until April 28, 2012, in the District of Maryland, the defendants

### AMEFIKA GRAY AND

### NETWORK AUTO GROUP, INC.

knowingly structured currency transactions with one or more domestic financial institutions for the purpose of evading the reporting requirements of section 5313 of Title 31, United States Code, and the regulations promulgated thereunder, and as part of a pattern of illegal activity involving more than $100,000 in a 12-month period.

### Schedule A

| SCHEDULE OF CASH DEPOSITS BANK OF AMERICA (BOA) ACCOUNT NO. ********3801 M&T BANK (M&T) ACCOUNT NO. *****7645 | | | | | |
|---|---|---|---|---|---|
| DEPOSIT DATE | BANK | ACCOUNT NO. | BRANCH | TIME | CASH DEPOSIT |
| Friday, January 15, 2010 | BOA | ********3801 | | | 3,000.00 |
| Wednesday, January 20, 2010 | BOA | ********3801 | | | 8,000.00 |
| Friday, January 29, 2010 | BOA | ********3801 | | | 9,500.00 |
| Saturday, January 30, 2010 | BOA | ********3801 | | | 9,500.00 |
| Monday, February 01, 2010 | M&T | *****7645 | | | 380.00 |
| Wednesday, February 03, 2010 | BOA | ********3801 | | | 8,000.00 |
| Thursday, February 04, 2010 | BOA | ********3801 | | | 2,900.00 |
| Tuesday, February 09, 2010 | M&T | *****7645 | | | 500.00 |
| Thursday, February 18, 2010 | BOA | ********3801 | | | 3,500.00 |
| Friday, February 19, 2010 | BOA | ********3801 | | | 9,000.00 |
| Monday, February 22, 2010 | M&T | *****7645 | | | 4,000.00 |
| Tuesday, February 23, 2010 | BOA | ********3801 | | | 6,000.00 |
| Monday, March 01, 2010 | BOA | ********3801 | | | 1,000.00 |
| Thursday, March 04, 2010 | BOA | ********3801 | | | 1,000.00 |
| Monday, March 08, 2010 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, March 10, 2010 | BOA | ********3801 | | | 8,000.00 |
| Friday, March 19, 2010 | BOA | ********3801 | | | 3,500.00 |

3

| | | | | | |
|---|---|---|---|---|---|
| Saturday, March 20, 2010 | BOA | ********3801 | | | 6,000.00 |
| Saturday, March 27, 2010 | BOA | ********3801 | | | 9,000.00 |
| Monday, March 29, 2010 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, March 31, 2010 | BOA | ********3801 | | | 5,000.00 |
| Friday, April 02, 2010 | BOA | ********3801 | | | 9,000.00 |
| Monday, April 05, 2010 | BOA | ********3801 | | | 9,000.00 |
| Tuesday, April 06, 2010 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, April 07, 2010 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, April 21, 2010 | BOA | ********3801 | | | 400.00 |
| Thursday, April 22, 2010 | BOA | ********3801 | | | 7,000.00 |
| Friday, April 23, 2010 | BOA | ********3801 | | | 445.00 |
| Tuesday, May 04, 2010 | BOA | ********3801 | | | 3,000.00 |
| Friday, May 07, 2010 | BOA | ********3801 | | | 9,000.00 |
| Monday, May 10, 2010 | BOA | ********3801 | 9:49 AM | Belvedere Alameda | 9,000.00 |
| Monday, May 10, 2010 | M&T | *****7645 | | Mondawmin SFW | 5,000.00 |
| Monday, May 17, 2010 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, May 19, 2010 | BOA | ********3801 | | | 3,000.00 |
| Thursday, May 20, 2010 | BOA | ********3801 | | | 3,200.00 |
| Saturday, May 22, 2010 | BOA | ********3801 | | | 4,000.00 |
| Monday, May 24, 2010 | BOA | ********3801 | 10:23 AM | Belvedere Alameda | 9,500.00 |
| Monday, May 24, 2010 | M&T | *****7645 | | Goucher Blvd SFW | 9,000.00 |
| Friday, May 28, 2010 | BOA | ********3801 | | | 5,000.00 |
| Saturday, May 29, 2010 | BOA | ********3801 | | | 9,000.00 |
| Tuesday, June 01, 2010 | BOA | ********3801 | | | 6,000.00 |
| Thursday, June 03, 2010 | BOA | ********3801 | | | 9,500.00 |
| Wednesday, June 09, 2010 | BOA | ********3801 | | | 4,000.00 |
| Monday, June 14, 2010 | BOA | ********3801 | | | 9,500.00 |
| Tuesday, June 15, 2010 | BOA | ********3801 | | | 9,500.00 |
| Wednesday, June 16, 2010 | BOA | ********3801 | | | 9,500.00 |
| Thursday, June 17, 2010 | BOA | ********3801 | 9:22 AM | Mondawmin | 9,500.00 |
| Thursday, June 17, 2010 | M&T | *****7645 | | Mondawmin SFW | 9,500.00 |
| Thursday, June 17, 2010 | M&T | *****7645 | | Mondawmin SFW | 9,500.00 |
| Wednesday, June 30, 2010 | BOA | ********3801 | | | 9,800.00 |
| Thursday, July 01, 2010 | BOA | ********3801 | | | 8,000.00 |
| Saturday, July 03, 2010 | BOA | ********3801 | | | 9,000.00 |
| Tuesday, July 06, 2010 | M&T | *****7645 | | | 9,000.00 |
| Saturday, July 10, 2010 | BOA | ********3801 | | | 9,500.00 |
| Saturday, July 17, 2010 | BOA | ********3801 | | | 9,500.00 |
| Monday, July 19, 2010 | M&T | *****7645 | | | 3,500.00 |
| Wednesday, July 21, 2010 | BOA | ********3801 | | | 9,500.00 |
| Thursday, July 22, 2010 | BOA | ********3801 | 9:55 AM | Fruitville Pike | 9,500.00 |

| Date | Bank | Account | Time | Location | Amount |
|---|---|---|---|---|---|
| Thursday, July 22, 2010 | M&T | *****7645 | | Mondawmin SFW | 3,000.00 |
| Saturday, July 24, 2010 | BOA | ********3801 | | | 9,500.00 |
| Monday, July 26, 2010 | M&T | *****7645 | | | 7,000.00 |
| Thursday, July 29, 2010 | BOA | ********3801 | 10:50 AM | Tollgate Road | 9,500.00 |
| Thursday, July 29, 2010 | BOA | ********3801 | 1:36 PM | Constant Friendship | 8,100.30 |
| Friday, July 30, 2010 | BOA | ********3801 | 5:50 PM | Mondawmin | 9,500.00 |
| Friday, July 30, 2010 | M&T | *****7645 | | Mondawmin SFW | 8,500.00 |
| Wednesday, August 04, 2010 | BOA | ********3801 | | | 9,500.00 |
| Saturday, August 07, 2010 | BOA | ********3801 | | | 4,000.00 |
| Tuesday, August 17, 2010 | BOA | ********3801 | | | 9,500.00 |
| Tuesday, August 24, 2010 | BOA | ********3801 | | | 6,720.00 |
| Saturday, August 28, 2010 | BOA | ********3801 | | | 5,000.00 |
| Friday, September 03, 2010 | BOA | ********3801 | | | 7,000.00 |
| Thursday, September 09, 2010 | M&T | *****7645 | | | 4,200.00 |
| Saturday, September 11, 2010 | BOA | ********3801 | | | 8,500.00 |
| Saturday, September 25, 2010 | BOA | ********3801 | | | 9,800.00 |
| Monday, September 27, 2010 | BOA | ********3801 | | | 9,800.00 |
| Wednesday, September 29, 2010 | BOA | ********3801 | | | 3,300.00 |
| Thursday, September 30, 2010 | BOA | ********3801 | | | 9,500.00 |
| Monday, October 04, 2010 | BOA | ********3801 | | | 5,000.00 |
| Wednesday, October 06, 2010 | M&T | *****7645 | | | 2,500.00 |
| Friday, October 08, 2010 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, October 13, 2010 | BOA | ********3801 | 12:57 PM | Belvedere Alameda | 9,500.00 |
| Wednesday, October 13, 2010 | M&T | *****7645 | | Goucher Blvd SFW | 9,500.00 |
| Friday, October 15, 2010 | BOA | ********3801 | | | 4,000.00 |
| Saturday, October 16, 2010 | BOA | ********3801 | | | 9,500.00 |
| Wednesday, October 20, 2010 | BOA | ********3801 | | | 6,500.00 |
| Thursday, October 21, 2010 | BOA | ********3801 | | | 9,700.00 |
| Monday, October 25, 2010 | BOA | ********3801 | | | 7,000.00 |
| Monday, November 01, 2010 | M&T | *****7645 | | | 7,000.00 |
| Tuesday, November 09, 2010 | BOA | ********3801 | | | 6,450.00 |
| Saturday, November 13, 2010 | BOA | ********3801 | | | 5,000.00 |
| Monday, November 15, 2010 | BOA | ********3801 | | | 8,000.00 |
| Saturday, November 20, 2010 | BOA | ********3801 | | | 8,500.00 |
| Wednesday, November 24, 2010 | BOA | ********3801 | | | 8,000.00 |
| Tuesday, November 30, 2010 | BOA | ********3801 | | | 350.00 |
| Thursday, December 02, 2010 | BOA | ********3801 | | | 7,000.00 |
| Saturday, December 04, 2010 | BOA | ********3801 | | | 4,000.00 |
| Friday, December 10, 2010 | BOA | ********3801 | | | 9,000.00 |
| Monday, December 13, 2010 | M&T | *****7645 | | | 863.93 |
| Friday, December 17, 2010 | BOA | ********3801 | | | 9,000.00 |

| Date | Bank | Account | Time | Location | Amount |
|---|---|---|---|---|---|
| Saturday, December 18, 2010 | BOA | ********3801 | | | 9,500.00 |
| Wednesday, December 22, 2010 | BOA | ********3801 | | | 7,500.00 |
| Thursday, December 23, 2010 | BOA | ********3801 | | | 9,500.00 |
| Tuesday, December 28, 2010 | BOA | ********3801 | | | 370.00 |
| Wednesday, December 29, 2010 | M&T | *****7645 | | | 1,000.00 |
| | | | | | 326.00 |
| Friday, December 31, 2010 | BOA | ********3801 | | | |
| Friday, December 31, 2010 | BOA | ********3801 | | | 3,500.00 |
| Thursday, January 06, 2011 | BOA | ********3801 | | | 2,000.00 |
| Thursday, January 06, 2011 | BOA | ********3801 | | | 7,500.00 |
| Friday, January 07, 2011 | M&T | *****7645 | | | 2,500.00 |
| Saturday, January 08, 2011 | BOA | ********3801 | | | 9,000.00 |
| Saturday, January 15, 2011 | BOA | ********3801 | | | 7,000.00 |
| Wednesday, January 19, 2011 | BOA | ********3801 | | | 9,500.00 |
| Friday, January 21, 2011 | BOA | ********3801 | | | 9,500.00 |
| Monday, January 24, 2011 | M&T | *****7645 | | | 4,000.00 |
| Tuesday, January 25, 2011 | BOA | ********3801 | | | 6,400.00 |
| Wednesday, February 02, 2011 | BOA | ********3801 | | | 6,000.00 |
| Tuesday, February 08, 2011 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, February 09, 2011 | BOA | ********3801 | | | 9,500.00 |
| Friday, February 11, 2011 | BOA | ********3801 | | | 6,000.00 |
| Monday, February 14, 2011 | BOA | ********3801 | | | 9,500.00 |
| Tuesday, February 15, 2011 | BOA | ********3801 | | | 7,500.00 |
| Thursday, February 17, 2011 | BOA | ********3801 | | | 7,000.00 |
| Saturday, February 19, 2011 | BOA | ********3801 | | | 8,000.00 |
| Friday, February 25, 2011 | BOA | ********3801 | | | 4,000.00 |
| Saturday, February 26, 2011 | BOA | ********3801 | | | 9,000.00 |
| Monday, February 28, 2011 | BOA | ********3801 | 9:32 AM | Belvedere Alameda | 9,000.00 |
| Monday, February 28, 2011 | M&T | *****7645 | | Hillendale | 8,000.00 |
| Saturday, March 05, 2011 | BOA | ********3801 | | | 9,500.00 |
| Monday, March 07, 2011 | BOA | ********3801 | | | 1,800.00 |
| Tuesday, March 08, 2011 | BOA | ********3801 | | | 8,000.00 |
| Wednesday, March 09, 2011 | BOA | ********3801 | | | 5,000.00 |
| Saturday, March 12, 2011 | BOA | ********3801 | | | 8,500.00 |
| Monday, March 14, 2011 | BOA | ********3801 | 11:54 AM | Belvedere Alameda | 9,000.00 |
| Monday, March 14, 2011 | M&T | *****7645 | | Hillendale | 8,000.00 |
| Thursday, March 17, 2011 | BOA | ********3801 | | | 9,500.00 |
| Friday, March 18, 2011 | M&T | *****7645 | | | 7,000.00 |
| Monday, March 21, 2011 | BOA | ********3801 | | | 8,500.00 |
| Monday, March 21, 2011 | M&T | *****7645 | | | 260.00 |
| Friday, March 25, 2011 | BOA | ********3801 | | | 6,000.00 |
| Saturday, March 26, 2011 | BOA | ********3801 | | | 5,000.00 |

6

| Date | Bank | Account | Time | Location | Amount |
|---|---|---|---|---|---|
| Monday, March 28, 2011 | M&T | *****7645 | | | 4,000.00 |
| Saturday, April 02, 2011 | BOA | ********3801 | | | 4,500.00 |
| Wednesday, April 06, 2011 | BOA | ********3801 | | | 9,000.00 |
| Friday, April 08, 2011 | BOA | ********3801 | | | 6,000.00 |
| Friday, April 08, 2011 | BOA | ********3801 | | | 3,000.00 |
| Saturday, April 09, 2011 | BOA | ********3801 | | | 9,000.00 |
| Monday, April 11, 2011 | BOA | ********3801 | 10:20 AM | Belvedere Alameda | 9,000.00 |
| Monday, April 11, 2011 | M&T | *****7645 | | Roland Park | 7,000.00 |
| Tuesday, April 12, 2011 | BOA | ********3801 | 3:01 PM | Gardenville | 9,000.00 |
| Tuesday, April 12, 2011 | M&T | *****7645 | | Gardenville | 5,500.00 |
| Friday, April 15, 2011 | BOA | ********3801 | | | 9,400.00 |
| Saturday, April 16, 2011 | BOA | ********3801 | | | 9,500.00 |
| Thursday, April 21, 2011 | BOA | ********3801 | | | 8,000.00 |
| Friday, April 22, 2011 | BOA | ********3801 | 11:23 AM | Fruitville Pike, PA | 9,500.00 |
| Friday, April 22, 2011 | BOA | ********3801 | 5:56 PM | Mondawmin Mall | 9,000.00 |
| Friday, April 22, 2011 | M&T | *****7645 | | Chelsea Square | 8,000.00 |
| Saturday, April 23, 2011 | BOA | ********3801 | | | 9,500.00 |
| Friday, April 29, 2011 | BOA | ********3801 | 12:07 PM | Mondawmin Mall | 4,000.00 |
| Friday, April 29, 2011 | BOA | ********3801 | 5:37 PM | Reisterstown Road | 9,500.00 |
| Saturday, April 30, 2011 | BOA | ********3801 | | | 7,000.00 |
| Wednesday, May 04, 2011 | M&T | *****7645 | | | 2,140.00 |
| Friday, May 06, 2011 | BOA | ********3801 | 6:11 PM | North Charles | 3,500.00 |
| Friday, May 06, 2011 | M&T | *****7645 | | Chelsea Square | 9,500.00 |
| Monday, May 09, 2011 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, May 11, 2011 | BOA | ********3801 | | | 9,500.00 |
| Thursday, May 12, 2011 | BOA | ********3801 | | | 20,000.00 |
| Monday, May 16, 2011 | BOA | ********3801 | | | 9,000.00 |
| Saturday, May 21, 2011 | BOA | ********3801 | | | 7,500.00 |
| Monday, May 23, 2011 | BOA | ********3801 | 5:01 PM | Mondawmin | 9,500.00 |
| Monday, May 23, 2011 | M&T | *****7645 | | Goucher Blvd SFW | 5,500.00 |
| Thursday, May 26, 2011 | BOA | ********3801 | | | 9,500.00 |
| Monday, June 06, 2011 | BOA | ********3801 | | | 520.00 |
| Friday, June 10, 2011 | BOA | ********3801 | | | 5,000.00 |
| Saturday, June 18, 2011 | BOA | ********3801 | | | 9,500.00 |
| Thursday, June 23, 2011 | BOA | ********3801 | | | 8,000.00 |
| Friday, June 24, 2011 | BOA | ********3801 | | | 9,000.00 |
| Saturday, June 25, 2011 | BOA | ********3801 | | | 30,000.00 |
| Tuesday, June 28, 2011 | M&T | *****7645 | | | 4,690.00 |
| Wednesday, June 29, 2011 | BOA | ********3801 | | | 7,000.00 |
| Thursday, June 30, 2011 | BOA | ********3801 | | | 4,500.00 |
| Friday, July 01, 2011 | M&T | *****7645 | | | 5,500.00 |
| Saturday, July 02, 2011 | BOA | ********3801 | | | 85,000.00 |

7

| Date | Bank | Account | Time | Location | Amount |
|---|---|---|---|---|---|
| Tuesday, July 05, 2011 | BOA | ********3801 | | | 2,500.00 |
| Wednesday, July 06, 2011 | BOA | ********3801 | | | 1,500.00 |
| Friday, July 08, 2011 | BOA | ********3801 | 9:49 AM | Loch Raven | 9,500.00 |
| Friday, July 08, 2011 | M&T | *****7645 | | Hillendale | 8,000.00 |
| Monday, July 11, 2011 | BOA | ********3801 | | | 6,800.00 |
| Wednesday, July 13, 2011 | BOA | ********3801 | | | 6,000.00 |
| Tuesday, July 19, 2011 | BOA | ********3801 | | | 1,000.00 |
| Friday, July 22, 2011 | M&T | *****7645 | | | 2,600.00 |
| Monday, July 25, 2011 | BOA | ********3801 | | | 1,000.00 |
| Saturday, July 30, 2011 | BOA | ********3801 | | | 6,950.00 |
| Saturday, July 30, 2011 | BOA | ********3801 | | | 50.00 |
| Thursday, August 04, 2011 | BOA | ********3801 | | | 5,000.00 |
| Friday, August 05, 2011 | BOA | ********3801 | | | 6,000.00 |
| Monday, August 08, 2011 | BOA | ********3801 | | | 600.00 |
| Thursday, August 18, 2011 | M&T | *****7645 | | | 400.00 |
| Friday, August 19, 2011 | BOA | ********3801 | | | 3,000.00 |
| Thursday, September 01, 2011 | M&T | *****7645 | | | 2,500.00 |
| Wednesday, September 07, 2011 | BOA | ********3801 | | | 9,000.00 |
| Monday, September 12, 2011 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, September 21, 2011 | BOA | ********3801 | | | 9,000.00 |
| Thursday, September 22, 2011 | M&T | *****7645 | | | 5,000.00 |
| Thursday, September 29, 2011 | BOA | ********3801 | | | 9,500.00 |
| Friday, September 30, 2011 | BOA | ********3801 | | | 9,000.00 |
| Saturday, October 01, 2011 | BOA | ********3801 | | | 3,200.00 |
| Saturday, October 01, 2011 | BOA | ********3801 | | | 6,000.00 |
| Monday, October 03, 2011 | M&T | *****7645 | | | 5,000.00 |
| Wednesday, October 05, 2011 | BOA | ********3801 | | | 9,000.00 |
| Tuesday, October 11, 2011 | BOA | ********3801 | | | 7,500.00 |
| Monday, October 24, 2011 | BOA | ********3801 | 9:28 AM | North Charles | 9,500.00 |
| Monday, October 24, 2011 | BOA | ********3801 | 9:49 AM | North Charles | 5,500.00 |
| Tuesday, October 25, 2011 | M&T | *****7645 | | | 6,000.00 |
| Tuesday, October 25, 2011 | M&T | *****7645 | | | 202.00 |
| Thursday, October 27, 2011 | BOA | ********3801 | | | 9,000.00 |
| Friday, October 28, 2011 | BOA | ********3801 | | | 9,200.00 |
| Saturday, November 05, 2011 | BOA | ********3801 | | | 9,000.00 |
| Monday, November 07, 2011 | BOA | ********3801 | 2:28 PM | Mondawmin | 7,840.00 |
| Monday, November 07, 2011 | M&T | *****7645 | | Manassas SFW | 5,000.00 |
| Wednesday, November 09, 2011 | BOA | ********3801 | 10:36 AM | Loch Raven | 9,000.00 |
| Wednesday, November 09, 2011 | M&T | *****7645 | | Roland Park | 3,000.00 |
| Saturday, November 12, 2011 | BOA | ********3801 | | | 9,500.00 |
| Friday, November 18, 2011 | BOA | ********3801 | 11:10 AM | Loch Raven | 9,500.00 |
| Friday, November 18, 2011 | M&T | *****7645 | | Hillendale | 7,000.00 |

8

| | | | | | |
|---|---|---|---|---|---:|
| Monday, November 21, 2011 | BOA | ********3801 | | | 7,000.00 |
| Wednesday, November 23, 2011 | BOA | ********3801 | | | 5,500.00 |
| Monday, November 28, 2011 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, November 30, 2011 | BOA | ********3801 | | | 9,500.00 |
| Friday, December 02, 2011 | BOA | ********3801 | 11:28 AM | Perring Parkway | 9,500.00 |
| Friday, December 02, 2011 | M&T | *****7645 | | Chelsea Square | 8,700.00 |
| Saturday, December 03, 2011 | BOA | ********3801 | | | 9,000.00 |
| Friday, December 09, 2011 | BOA | ********3801 | | | 9,500.00 |
| Friday, December 16, 2011 | BOA | ********3801 | | | 3,000.00 |
| Monday, December 19, 2011 | M&T | *****7645 | | | 780.00 |
| Wednesday, December 21, 2011 | BOA | ********3801 | | | 3,600.00 |
| Thursday, December 22, 2011 | BOA | ********3801 | | | 9,500.00 |
| Friday, December 23, 2011 | BOA | ********3801 | 4:49 PM | North Charles | 8,500.00 |
| Friday, December 23, 2011 | M&T | *****7645 | | Goucher Blvd SFW | 8,200.00 |
| Thursday, December 29, 2011 | BOA | ********3801 | | | 4,000.00 |
| Tuesday, January 03, 2012 | M&T | *****7645 | | | 300.00 |
| Tuesday, January 03, 2012 | M&T | *****7645 | | | 5.00 |
| Tuesday, January 03, 2012 | M&T | *****7645 | | | 3,500.00 |
| Wednesday, January 04, 2012 | BOA | ********3801 | | | 4,000.00 |
| Tuesday, January 10, 2012 | M&T | *****7645 | | | 100.00 |
| Thursday, January 12, 2012 | BOA | ********3801 | | | 9,500.00 |
| Friday, January 13, 2012 | BOA | ********3801 | | | 17,650.00 |
| Tuesday, January 17, 2012 | BOA | ********3801 | | | 9,000.00 |
| Wednesday, January 18, 2012 | BOA | ********3801 | | | 5,500.00 |
| Monday, January 23, 2012 | BOA | ********3801 | | | 8,500.00 |
| Wednesday, January 25, 2012 | M&T | *****7645 | | | 2,000.00 |
| Saturday, January 28, 2012 | BOA | ********3801 | | | 3,000.00 |
| Tuesday, January 31, 2012 | BOA | ********3801 | | | 5,000.00 |
| Friday, February 03, 2012 | M&T | *****7645 | | | 3,000.00 |
| Wednesday, February 08, 2012 | BOA | ********3801 | | | 6,000.00 |
| Monday, February 13, 2012 | BOA | ********3801 | | | 9,800.00 |
| Thursday, February 16, 2012 | BOA | ********3801 | | | 1,500.00 |
| Tuesday, February 21, 2012 | BOA | ********3801 | 11:31 AM | North Charles | 9,000.00 |
| Tuesday, February 21, 2012 | BOA | ********3801 | 11:42 AM | Belvedere-Alameda | 8,000.00 |
| Tuesday, February 21, 2012 | M&T | *****7645 | | Roland Park | 5,000.00 |
| Wednesday, February 22, 2012 | BOA | ********3801 | | | 8,500.00 |
| Monday, February 27, 2012 | BOA | ********3801 | 5:08 PM | North Charles | 8,000.00 |
| Monday, February 27, 2012 | M&T | *****7645 | | Hillendale | 3,000.00 |
| Monday, March 05, 2012 | BOA | ********3801 | | | 5,400.00 |
| Tuesday, March 06, 2012 | M&T | *****7645 | | | 5,000.00 |
| Thursday, March 08, 2012 | BOA | ********3801 | | | 9,400.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Friday, March 09, 2012 | BOA | ********3801 | | | | 9,000.00 |
| Saturday, March 10, 2012 | BOA | ********3801 | | | | 9,000.00 |
| Monday, March 12, 2012 | BOA | ********3801 | 11:36 AM | Mondawmin | | 7,800.00 |
| Monday, March 12, 2012 | M&T | *****7645 | | Roland Park | | 4,600.00 |
| Friday, March 16, 2012 | BOA | ********3801 | | | | 9,000.00 |
| Monday, March 19, 2012 | BOA | ********3801 | | | | 9,600.00 |
| Tuesday, March 20, 2012 | BOA | ********3801 | | | | 2,483.00 |
| Thursday, March 22, 2012 | BOA | ********3801 | | | | 5,500.00 |
| Saturday, March 24, 2012 | BOA | ********3801 | | | | 7,500.00 |
| Monday, March 26, 2012 | BOA | ********3801 | | | | 9,800.00 |
| Tuesday, March 27, 2012 | BOA | ********3801 | | | | 7,530.00 |
| Friday, March 30, 2012 | BOA | ********3801 | | | | 8,300.00 |
| Friday, March 30, 2012 | M&T | *****7645 | | | | 1,000.00 |
| Tuesday, April 03, 2012 | BOA | ********3801 | | | | 9,600.00 |
| Wednesday, April 04, 2012 | M&T | *****7645 | | | | 8,000.00 |
| Wednesday, April 11, 2012 | BOA | ********3801 | | | | 5,000.00 |
| Friday, April 13, 2012 | BOA | ********3801 | | | | 9,500.00 |
| Saturday, April 14, 2012 | BOA | ********3801 | | | | 1,800.00 |
| Friday, April 20, 2012 | BOA | ********3801 | | | | 9,400.00 |
| Saturday, April 21, 2012 | BOA | ********3801 | | | | 9,500.00 |
| Friday, April 27, 2012 | BOA | ********3801 | | | | 6,700.00 |
| Saturday, April 28, 2012 | BOA | ********3801 | | | | 9,000.00 |
| **Grand Total** | | | | | | **2,017,205.23** |

31 U.S.C. § 5324(a)(3)

## COUNTS TWO - FOUR

(Attempting to cause a financial institution to fail to file)

THE GRAND JURY FURTHER CHARGES THAT:

1.  The allegations in paragraphs 1 through 10 of Count One of this Indictment are incorporated by reference herein.

### The Charge

2.  On the following dates, in the District of Maryland, the defendants

### AMEFIKA GRAY AND

10

## NETWORK AUTO GROUP, INC.

conducted multiple currency transactions on the same day at the same bank, by making multiple currency deposits into Bank of America Account no. ********3801, each in an amount under $10,000, for the purpose of evading the reporting requirements of 31 U.S.C. § 5313(a) and the regulations prescribed thereunder, and in so doing did cause and attempt to cause a domestic financial institution to fail to file a report required under 31 U.S.C. § 5313(a) and the regulations prescribed thereunder, and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Thursday, July 29, 2010 | ********3801 | 10:50 AM | Tollgate Road | 9,500.00 | BOA |
| | Thursday, July 29, 2010 | ********3801 | 1:36 PM | Constant Friendship | 8,100.30 | BOA |
| | | | | | $17,600.30 | |
| | | | | | | |
| 3 | Friday, April 22, 2011 | ********3801 | 11:23 AM | Fruitville Pike, PA | 9,500.00 | BOA |
| | Friday, April 22, 2011 | ********3801 | 5:56 PM | Mondawmin Mall | 9,000.00 | BOA |
| | | | | | $18,500.00 | |
| | | | | | | |
| 4 | Friday, April 29, 2011 | ********3801 | 12:07 PM | Mondawmin Mall | 4,000.00 | BOA |
| | Friday, April 29, 2011 | ********3801 | 5:37 PM | Reisterstown Road | 9,500.00 | BOA |
| | | | | | $13,500.00 | |

31 U.S.C. § 5324(a)(1)

### COUNTS FIVE- TWELVE

(Structuring)

THE GRAND JURY FURTHER CHARGES THAT:

1. The allegations in paragraphs 1 through 10 of Count One of this Indictment are incorporated by reference herein.

### The Charge

2. On the following dates, in the District of Maryland, the defendants,

### AMEFIKA GRAY AND

11

## NETWORK AUTO GROUP, INC.

did knowingly structure currency transactions with domestic financial institutions for the purpose of evading the reporting requirements of section 5313 of Title 31, United States Code, and the regulations promulgated thereunder, by making multiple currency deposits in amounts under $10,000 at different banks on the same day and at the same bank on consecutive days.

| | | | | |
|---|---|---|---|---|
| 5 | Friday, July 30, 2010 | ********3801 | 9,500.00 | Bank of America |
| | Friday, July 30, 2010 | *****7645 | 8,500.00 | M&T Bank |
| | | | $18,000.00 | |
| | | | | |
| 6 | Wednesday, June 30, 2010 | ********3801 | 9,800.00 | Bank of America |
| | Thursday, July 1, 2010 | ********3801 | 8,000.00 | Bank of America |
| | | | $17,800.00 | |
| | | | | |
| 7 | Wednesday, October 20, 2010 | ********3801 | 6,500.00 | Bank of America |
| | Thursday, October 21, 2010 | ********3801 | 9,700.00 | Bank of America |
| | | | $16,200.00 | |
| | | | | |
| 8 | Wednesday, December 22, 2010 | ********3801 | 7,500.00 | Bank of America |
| | Thursday, December 23, 2010 | ********3801 | 9,500.00 | Bank of America |
| | | | $17,000.00 | |
| | | | | |
| 9 | Thursday, February 8, 2011 | ********3801 | 9,000.00 | Bank of America |
| | Wednesday, February 9, 2011 | ********3801 | 9,500.00 | Bank of America |
| | | | $18,500.00 | |
| | | | | |
| 10 | Thursday, June 23, 2011 | ********3801 | 8,000.00 | Bank of America |
| | Friday, June 24, 2011 | ********3801 | 9,000.00 | Bank of America |
| | | | $17,000.00 | |
| | | | | |
| 11 | Tuesday, January 17, 2012 | ********3801 | $9,000.00 | Bank of America |
| | Wednesday, January 18, 2012 | ********3801 | $5,500.00 | Bank of America |
| | | | $14,500.00 | |
| | | | | |
| 12 | Thursday, March 8, 2012 | ********3801 | $9,400.00 | Bank of America |
| | Friday, March 9, 2012 | ********3801 | $9,000.00 | Bank of America |
| | | | $18,400.00 | |

31 U.S.C. § 5324(a)(3)

Forfeiture

THE GRAND JURY FURTHER FINDS THAT:

1. Upon the conviction of any defendant for any of the offenses alleged in Counts One through Twelve of this Indictment, the following property shall be forfeited to the United States pursuant to Title 31, United States Code, Section 5317(c)(1) and Title 28, United States Code, Section 2461(c): all property, real and personal, involved in the offense, and any property traceable thereto.

2. The property subject to forfeiture includes but is not limited to:

    a.  a sum of money in the amount of at least **$2,017,205.23**

    b. One Mercedes Benz 2009 SL63 AMG

    c. $47,432.82 seized from account number ********3801 at Bank of America.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

31 U.S.C. § 5317(c)(1); 28 U.S.C. § 2461(c); FED. R. CRIMINAL. P. 32.2(a),

13

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON OF THE GRAND JURY

DATE: 1-29-13

_Rod Rosenstein/ets_

Rod Rosenstein
United States Attorney

14